**FILED**

MAY 1 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7

8    IN THE UNITED STATES DISTRICT COURT FOR THE

9    NORTHERN DISTRICT OF CALIFORNIA

10   SAN FRANCISCO DIVISION

| 11 | UNITED STATES OF AMERICA and<br>JEANNE KURTZ, Revenue Officer, | ) | NO. **C 05 01929** |
|---|---|---|---|
| 12 | | ) | |
| 13 | Petitioners, | ) | ORDER TO SHOW CAUSE RE<br>ENFORCEMENT OF INTERNAL<br>REVENUE SERVICE SUMMONS |
| 14 | v. | ) | |
| 15 | JOHN DELAFUENTE, | ) | |
| 16 | Respondent. | ) | |

17        Good cause having been shown by the petitioner upon its petition filed in the above-entitled

18   proceeding on ___MAY 13,_____, 2005, it is hereby:

19        **ORDERED** that respondent John Delafuente appear before this Court on the ___11th___ day of

20   ___July___, 2005, at ___3___ p.m., in Courtroom No. ___15___, ___18th___ Floor, United States District Court, 450

21   Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why he should

22   not be compelled to appear and provide documents and testimony as required by the summons

23   heretofore served upon him as alleged and set forth in particular in said petition; and it is further

24        **ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid

25   petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil

26   Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is

27   further

28

1    **ORDERED** that within twenty-one (21) days before the return date of this Order, respondent

2    may file and serve a written response to the petition, supported by appropriate affidavit(s) or

3    declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion he desires to make, that

4    the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days

5    before the return date of this Order; that all motions and issues raised by the pleadings will be

6    considered on the return date of this Order, and only those issues raised by motion or brought into

7    controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be

8    considered at the return of this Order, and any uncontested allegation in the petition will be considered

9    admitted.

10    **ORDERED** this _13_ day of _May_ , 2005, at San Francisco, California.

14    _____
     **UNITED STATES DISTRICT JUDGE**

ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONS                          2